UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

OLGUER HOMERO LAGUA RIVERA,

Petitioner,

v.

TODD BLANCHE, *in his official capacity as Attorney General of the United States,* KENNETH GENALO, *in his official capacity as Field Office Director, New York Field Office, U.S. Immigration & Customs Enforcement,* DAVID VENTURELLA, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement,* MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security,* RAUL MALDONADO JR., in his official capacity as Warden of the Metropolitan Detention Center (MDC) in Brooklyn Facility,

Respondents.

ORDER EXTENDING TEMPORARY RESTRAINING ORDER
26-CV-04420 (NRM)

NINA R. MORRISON, United States District Judge:

This Court previously entered a Temporary Restraining Order ("TRO") on July 23, 2026, ECF No. 6. The Court is now in receipt of the parties' submissions in response to this Order. ECF Nos. 9, 10. In order to give time to consider the parties' submissions, the Court *sua sponte* extends the TRO for fourteen days for good cause. All terms as enumerated in the original TRO, ECF No. 6, remain in effect during this period.

The **Temporary Restraining Order** shall now expire on **August 20, 2026 at 12:30PM** unless it is extended by further Order of this Court for good cause shown

1

or otherwise.  *See* Fed. R. Civ. P. 65(b)(2).

**SO ORDERED.**

/s/ Nina R. Morrison
NINA R. MORRISON
United States District Judge

Dated:      August 6, 2026 at 1:10PM
                Brooklyn, New York